**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| DELPHI CRE FUNDING LLC | § § § § | Case No.: 1:25-CV-03906-RMB |
| Plaintiff, | § § | |
| v. | § § | **NOTICE OF CROSS-MOTION** |
| CHRISTOPHER BEAVOR, | § § § | ORAL ARGUMENT REQUESTED |
| Defendant. | § § § § § | |

**PLEASE TAKE NOTICE** that, on a date to be set by the Court, Defendant Christopher Beavor ("Beavor" or "Defendant") by and through his counsel, Cole Schotz P.C., shall move before the Honorable Richard M. Berman, of the United States District Court for the Southern District of New York, at Courtroom 17B of the courthouse located at 500 Pearl Street, New York, New York 10007, for the entry of an Order pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1406(a), dismissing the action filed by Plaintiff on April 7, 2025, and removed to this Court on May 9, 2025 [ECF 1].

**PLEASE TAKE FURTHER NOTICE** that the Defendant will rely upon the accompanying memorandum of law as well as the Declaration of Christopher Beavor, dated June 20, 2025 with exhibits in support of this motion and in opposition to Plaintiff's motion for summary judgment.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1, opposition, if any, shall be served within fourteen days after service of the moving papers, and reply, if any, shall be served within seven days after service of the answering papers.

69640/0001-50295461

2

Dated: June 20, 2025                            Respectfully submitted,


**COLE SCHOTZ P.C.**


_____

Nolan E. Shanahan
Arielle H. Wasserman
1325 Avenue of the Americas
20th Floor
New York, New York 10019
Telephone: (212) 752-8000

-and-

**BARTON LLP**

Randall L. Rasey
Roger E. Barton
711 Third Avenue
14th Floor
New York, NY 10017
212-687-6262

*Counsel for Defendant Christopher Beavor*

2

69640/0001-50295461