```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/17/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELPHI CRE FUNDING LLC,

                Plaintiff,

-v-

CHRISTOPHER BEAVOR,

                Defendant.

**ORDER**

25-CV-3906 (RMB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated July 16, 2025, this case was referred to the undersigned for general pretrial supervision, including settlement, and particular dispositive motions. ECF No. 24.

A conference is scheduled on **July 29, 2025, at 10:00 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 927 016 162#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: July 17, 2025
      New York, New York

                                                Henry J. Ricardo
                                                United States Magistrate Judge