```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/29/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELPHI CRE FUNDING LLC,

                Plaintiff,

    -v-

CHRISTOPHER BEAVOR,

                Defendant.

**ORDER**

25-CV-3906 (RMB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    A conference was held today to discuss settlement procedures and scheduling a future settlement conference.

    Defendant is directed to provide Plaintiff with the information discussed today on or before August 14, 2025.  The Court will hold another conference to discuss the appropriate next steps towards settlement on **August 18, 2025**, at **2:00 p.m.** by telephone.  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 963 995 920#).

**SO ORDERED.**

Dated: July 29, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1