```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELPHI CRE FUNDING LLC,

                Plaintiff,

    -v-

CHRISTOPHER BEAVOR,

                Defendant.

**ORDER**

25-CV-3906 (RMB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    A conference was held today to discuss the status of settlement efforts and scheduling a future settlement conference.

    Defendant is directed to make a settlement offer or inform Plaintiff that no offer will be forthcoming by August 22, 2025. If Defendant makes an offer, Plaintiff is directed to respond with a counteroffer by August 29, 2025.

    The Court will hold another conference to discuss the next steps towards settlement on **September 2, 2025**, at **4:00 p.m.** by telephone. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 673 417 017#).

**SO ORDERED.**

Dated: August 18, 2025
       New York, New York

                                            Henry J. Ricardo
                                            United States Magistrate Judge