```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELPHI CRE FUNDING LLC,

                Plaintiff,

-v-

CHRISTOPHER BEAVOR,

                Defendant.

**ORDER**

25-CV-3906 (RMB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    A conference was held today to discuss the status of the parties' settlement efforts and scheduling a future settlement conference.

    An ex parte call with counsel for Defendant is scheduled on September 4, 2025, at 11:30 a.m. by telephone. An ex parte call with counsel for Plaintiff is scheduled on September 5, 2025, at 11:30 a.m. by telephone.

    The Court will hold an in-person settlement conference, with clients, at 10:00 a.m. in Courtroom 21D on either September 11 or 12, 2025. Counsel are directed to confer and to advise Chambers which day they prefer.

    If the parties wish to submit ex parte settlement letters, they may do so by September 5, 2025.

**SO ORDERED.**

Dated: September 2, 2025
       New York, New York

                                                 Henry J. Ricardo
                                                 United States Magistrate Judge