```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELPHI CRE FUNDING LLC,

           Plaintiff,

-v-

CHRISTOPHER BEAVOR,

           Defendant.

**ORDER**

25-CV-3906 (RMB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Having conferred with the parties, the Court will hold a settlement conference, with clients, on **September 12, 2025** at **10:00 a.m.** by video conference.

The Court will provide access information to counsel in advance of the conference.

**SO ORDERED.**

Dated: September 5, 2025
       New York, New York

                                        Henry J. Ricardo
                                        United States Magistrate Judge