# HUNTON

HUNTON ANDREWS KURTH LLP
200 PARK AVENUE
NEW YORK, NY 10166-0005

TEL  212 • 309 • 1000
FAX  212 • 309 • 1100

September 30, 2025

PATRICK L. ROBSON
DIRECT DIAL: 212 • 309 • 1157
EMAIL: probson@hunton.com

**Via ECF**

Hon. Richard M. Berman
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Re:  *Delphi CRE Funding LLC v. Beavor*, Civil Action No. 1:25-cv-03906-RMB

Dear Judge Berman:

      Plaintiff Delphi CRE Funding LLC ("Delphi") and Defendant Christopher Beavor write pursuant to the Court's September 16, 2025 Order to submit a proposed schedule to the Court and to provide the status of Mr. Beavor's action against Delphi in the District of Nevada (the "Nevada Litigation").

**Proposed Case Schedule**

      Currently, in this Action, Plaintiff's motion for summary judgment (ECF Nos. 1-1 to 1-5) (the "Motion for Summary Judgment") is fully briefed and is pending before Magistrate Judge Henry J. Ricardo, who will issue a report and recommendation to Your Honor regarding the same.  The Parties acknowledge that the Court's ultimate decision regarding Magistrate Judge Ricardo's report and recommendation and the Motion for Summary Judgment may be dispositive and therefore may obviate the need for further steps in this Action.  Notwithstanding the foregoing, the Parties propose the following schedules regarding any remaining issues following the Court's decision on the Motion for Summary Judgment:

- **Plaintiff's Position Regarding Discovery**:  All discovery to be completed within **90 days** of the Court's decision regarding Magistrate Judge Ricardo's report and recommendation on the Motion for Summary Judgment.

- **Defendant's Position Regarding Discovery**: Since there will be extensive documentary evidence exchanged among the parties, as well as documentary evidence and depositions from non-parties, many of which are located outside of the state of New York, Defendant respectfully submits that all fact discovery should be completed within **6 months** of the Court's decision regarding Magistrate Judge Ricardo's report and

HUNTON

Hon. Richard M. Berman
Page 2

recommendation on the Motion for Summary Judgment. Defendant reserves his rights regarding expert discovery, and will provide the Court with an updated discovery schedule should expert discovery be necessary in this action.

- **Trial and Pre-Trial Submissions**:  The Parties are available at the Court's discretion for trial.  The Parties are further amenable to the Court's discretion regarding deadlines for pre-trial submissions, including the Joint Pre-Trial Order and the date of the Final Pre-Trial Conference.

The Parties are available to discuss any further case scheduling matters the Court wishes to address.

**Status of Nevada Litigation**

On June 20, 2025, Mr. Beavor filed a complaint against Delphi in the District of Nevada, in which Mr. Beavor asserts various claims directly related to the recourse guaranty at issue in this Action (the "Guaranty").  *See Christopher Beavor v. Delphi CRE Funding LLC*, Case No. 2:25-cv-01106-APG-DJA (D. Nev. June 20, 2025), Dkt. No. 1 (Complaint).  In the Nevada Litigation, Mr. Beavor seeks relief in connection with Plaintiff's effort to enforce the recourse guaranty in this Action, including by requesting (1) $69,000,000 in damages, (2) an injunction against Plaintiff's effort to enforce the Guaranty, and (3) a declaratory judgment that Plaintiff violated Nevada law regarding lender licensing requirements when Delphi made the loan underlying the Guaranty.  *Id.*

Currently, the Parties are briefing Delphi's motion to dismiss Mr. Beavor's complaint based on the first-filed doctrine and for failure to state a claim.  Mr. Beavor submitted his response to that motion on September 15, 2025.  Delphi's reply to Mr. Beavor's response is due on October 9, 2025.  The Nevada Court has granted the parties' joint motion to stay discovery and has stayed discovery pending the determination of Delphi's motion to dismiss.

We are available at the Court's convenience to address any of the matters addressed in this correspondence.

Respectfully submitted,

*/s/ Patrick L. Robson*

Patrick L. Robson

*Attorney for Delphi CRE Funding LLC*

# HUNTON

Hon. Richard M. Berman
Page 3

>	*/s/ Arielle H. Wasserman*
>
>	Arielle H. Wasserman
>
>	*Attorney for Christopher Beavor*

cc:	All counsel of record (via ECF)