```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/2025
```

DELPHI CRE FUNDING LLC,

                Plaintiff,

      -v-

CHRISTOPHER BEAVOR,

                Defendant.

**ORDER**

25-CV-3906 (RMB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

      By Order of Reference dated July 16, 2025, Judge Berman referred this action to the undersigned for a report and recommendation on the motion for summary judgment removed from state court at ECF No. 1 and the motion to dismiss at ECF No. 16, as well as for general pretrial supervision. ECF No. 24.

      On September 30, 2025, the parties filed a joint letter addressed to Judge Berman regarding a proposed discovery schedule for this case and the status of a pending action in Nevada. ECF No. 34. Upon conferral with Judge Berman's Chambers, the undersigned will address the case schedule moving forward.

      Both parties agree in their letter that the deadline for fact discovery should be set at some time after the resolution of the pending motion for summary judgment. Where the parties disagree is as to what the appropriate time frame for discovery should be. Plaintiff's position is that discovery should take no longer than three months. Defendant's position is that discovery will take six months. Whether discovery is needed at all is of course dependent on the outcome of the pending

summary judgment motion; if summary judgment is granted, no discovery will be needed. However, if summary judgment is denied, discovery is more likely to take six months than three months.

Accordingly, subject to the outcome of the pending motion for summary judgment, all fact discovery is due six months after Judge Berman's final decision regarding the undersigned's report and recommendation on the motion for summary judgment at ECF No. 1.

**SO ORDERED.**

Dated: October 1, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge