USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 7/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELPHI CRE FUNDING LLC,

Plaintiff,

-v-

CHRISTOPHER BEAVOR,

Defendant.

**ORDER**

25-CV-3906 (RMB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's request to extend the deadline for conducting depositions and to adjourn the status conference. ECF No. 46. The request is **GRANTED**.

The Parties shall complete depositions by **August 21, 2026**. The status conference scheduled for August 5, 2026 by Order dated April 28, 2026 is adjourned to **August 26, 2026** at **11:00 a.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 423 784 263#).

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 46 as **GRANTED**.

**SO ORDERED.**

Dated: July 28, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge