UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/2026

DELPHI CRE FUNDING LLC,

Plaintiff,

-v-

CHRISTOPHER BEAVOR,

Defendant.

**ORDER**

25-CV-3906 (RMB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion requesting a conference to discuss a discovery dispute (the "Letter Motion"). ECF No. 48.

The request for a conference is **GRANTED**. A conference is scheduled on **August 10, 2026**, at **3:00 p.m.** by telephone to discuss the Letter Motion. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 825 444 38#). Defendant shall respond to the Letter Motion by **August 6, 2026**.

**SO ORDERED.**

Dated: July 30, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge