UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/10/2026

DELPHI CRE FUNDING LLC,

Plaintiff,

-v-

CHRISTOPHER BEAVOR,

Defendant.

**ORDER**

25-CV-3906 (RMB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on August 10, 2026 to address the discovery dispute raised in Plaintiff's July 29, 2026 letter motion. ECF No. 48. For the reasons articulated at the conference, the Parties shall adhere to the following directives.

Topic 20 in Defendant's Rule 30(b)(6) deposition notice served on July 16, 2026 is revised to read:

> Topic 20: The Settlement Agreement entered in connection with the bankruptcy proceedings of Reno City Center Owner, LLC, but limited to the amounts paid thereunder, the treatment of such payments, the effect of such payments on the debt, and their effect on the amount Plaintiff claims against Defendant.

Topic 24 in Defendant's Rule 30(b)(6) deposition notice served on July 16, 2026 is revised to read:

> Topic 24: The manner in which the filing of the Chapter 11 bankruptcy proceeding by Reno City Center Owner, LLC affected the amount of damages allegedly recoverable from Defendant.

**SO ORDERED.**

Dated: August 10, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge